UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELANIE DONOVAN,<br><br>                                Plaintiff,<br><br>    - against -<br><br>STERLING NATIONAL BANK, as successor to Astoria Bank,<br><br>                                Defendant. | Civ. No.: 2:19-cv-01776<br><br>**DEFENDANT'S RULE 7.1**<br>**DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, hereby certifies that Defendant, "STERLING NATIONAL BANK" is a national banking association and a wholly owned subsidiary of "STERLING BANCORP" (NYSE: STL), a publicly-traded New York-based banking and financial services company. No shareholders hold an interest of 10% or greater of STL.

Dated: New York, New York
       May 23, 2019

                                            Respectfully submitted,

                                            JACKSON LEWIS P.C.
                                            *ATTORNEYS FOR DEFENDANT*
                                            666 Third Avenue, 29th Floor
                                            New York, New York 10017
                                            (212) 545-4000

            By:               */s/ Michael A. Jakowsky*
                                      Michael A. Jakowsky
                                      Lauren A. Parra

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELANIE DONOVAN,<br><br>      Plaintiff,<br><br>- against -<br><br>STERLING NATIONAL BANK, as successor to Astoria Bank,<br><br>      Defendant. | Civ. No.: 2:19-cv-01776<br><br>**CERTIFICATE OF SERVICE** |

  I hereby certify that on the 23rd day of May, 2019, the within ***Rule 7.1 Disclosure Statement*** was electronically filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court upon the following parties and participants:

Keith E. Williams, Esq.
NEIL H. GREENBERG & ASSOCIATES, P.C.
4242 Merrick Road
Massapequa, New York 11758

_/s/ Lauren A. Parra_
Lauren A. Parra
