| | FOR SETTLEMENT PURPOSES ONLY |
| --- | --- |
| | ESTIMATED CALCULATION OF DAMAGES |
| | MELANIE DONOVAN |

| FLSA/NYLL OVERTIME COMPENSATION OWED | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Year | Period | Number of Weeks Worked | Number of Hours Worked Per Week | Overtime Hours (Hrs Worked-40 Hrs) | Regular Rate (RR) (Hourly Rate of Pay) | Overtime Rate (OTR) (RR x 1.5) | Overtime Owed Per Week (OT Hrs x OTR) | Total Overtime Comp Owed (OT Owed Per Week x No. of Weeks Worked) |
| 2015 | 10/4/15 - 12/26/15 | 12.00 | 41.75 | 1.75 | $ 21.07 | $ 31.61 | $ 55.32 | $ 663.84 |
| | | | | | | 2015 Overtime Compensation Owed: | | $ 663.84 |
| 2016 | 12/27/15 - 4/2/16 | 14.00 | 41.75 | 1.75 | $ 21.07 | $ 31.61 | $ 55.32 | $ 774.48 |
| | 4/3/16 - 12/31/16 | 39.00 | 41.75 | 1.75 | $ 21.75 | $ 32.63 | $ 57.10 | $ 2,226.90 |
| | | | | | | 2016 Overtime Compensation Owed: | | $ 3,001.38 |
| 2017 | 1/1/17 - 4/1/17 | 13.00 | 41.75 | 1.75 | $ 21.75 | $ 32.63 | $ 57.10 | $ 742.30 |
| | 4/2/16 - 7/29/17 | 17.00 | 41.75 | 1.75 | $ 22.31 | $ 33.47 | $ 58.57 | $ 995.69 |
| | | | | | | 2017 Overtime Compensation Owed: | | $ 1,737.99 |
| | | | | | | TOTAL FLSA/NYLL OVERTIME OWED: | | $ 5,403.21 |

| NYLL REGULAR WAGES OWED | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Year | Period | Number of Weeks Worked | Number of Unpaid Regular Hours Worked Per Week | Regular Rate (RR) (Hourly Rate of Pay) | RW Owed Per Week (Unpaid Hrs Worked x RR) | Total RW Comp Owed (RW Owed Per Week x No. of Weeks Worked) |
| 2015 | 10/4/15 - 12/26/15 | 12.00 | 0.50 | $ 21.07 | $ 10.54 | $ 126.48 |
| | | | | 2015 Regular Wages Owed: | | $ 126.48 |
| 2016 | 12/27/15 - 4/2/16 | 14.00 | 0.50 | $ 21.07 | $ 10.54 | $ 147.56 |
| | 4/3/16 - 12/31/16 | 39.00 | 0.50 | $ 21.75 | $ 10.88 | $ 424.32 |
| | | | | 2016 Regular Wages Owed: | | $ 571.88 |
| 2017 | 1/1/17 - 4/1/17 | 13.00 | 0.50 | $ 21.75 | $ 10.88 | $ 141.44 |
| | 4/2/16 - 7/29/17 | 17.00 | 0.50 | $ 22.31 | $ 11.16 | $ 189.72 |
| | | | | 2017 Regular Wages Owed: | | $ 331.16 |
| | | | | TOTAL NYLL HOURLY WAGES OWED: | | $ 1,029.52 |

| Year | Period | Number of Weeks Worked | Regular Wages Earned Per Week (40 Hrs x $22.31) | OT Wages Earned Per Week (1.75 OT Hrs x $33.47) | Total Wages Earned Per Week (RW + OT) | Total Non-Discretionary Bonus Comp Owed (Earnings x Weeks x 8%) |
| --- | --- | --- | --- | --- | --- | --- |
| 2017 | 2nd Quarter | 13.00 | 892.40 | $ 58.57 | $ 950.97 | $ 989.01 |
| | | | | 2017 Bonus Compensation Owed: | | $ 989.01 |
| | | | | TOTAL NYLL REGULAR WAGES OWED: | | $ 2,018.53 |

## FOR SETTLEMENT PURPOSES ONLY
## ESTIMATED CALCULATION OF DAMAGES
### MELANIE DONOVAN

### NYLL 195(3) WAGE STATEMENT STATUTORY DAMAGES

| Year | Period | Number of Weeks Worked | Number of Days Worked per Week | Total Number of Work Days (Weeks Worked x Work Days per Week) | NYLL 195(3) Notices Received | Statutory Penalties ($250.00 x No. of Days Worked) |
|---|---|---|---|---|---|---|
| 2015 | 10/4/15 - 12/26/15 | 12.00 | 5.00 | 60.00 | None | $ 15,000.00 |
| 2016 | 12/27/15 - 12/31/16 | 53.00 | 5.00 | 265.00 | None | $ 66,250.00 |
| 2017 | 1/1/17 - 7/29/17 | 30.00 | 5.00 | 150.00 | None | $ 37,500.00 |
| | | | | *Statutory Maximum After Feb. 26, 2015 ($5,000 = $250.00 x 20 days): | | $ 5,000.00 |
| | | | | | **TOTAL NYLL 195(3) PENALTIES:** | $ 5,000.00 |

### CPLR INTEREST PURSUANT TO NY LAW

| NYLL Claims Period Start | NYLL Claims Period End | Approximate Mid-Point | Number of Years From Mid-Point to 8/8/2019 | 9% Interest Rate/ Year | NYLL Comp Owed (OT + RW) | Total Interest Owed (No. Years x 0.09 x NYLL Comp Owed) |
|---|---|---|---|---|---|---|
| **10/4/2015** | **7/29/2017** | **8/31/2016** | 2.94 | 0.09 | $ 7,421.74 | $ 1,961.78 |
| | | | | **TOTAL CPLR INTEREST OWED TO DATE:** | | $ 1,961.78 |

### NYLL LIQUIDATED DAMAGES

| Year | Comp Owed (OT + RW) | LD % | LD Per Year |
|---|---|---|---|
| 2015 | $ 790.32 | 100% | $ 790.32 |
| 2016 | $ 3,573.26 | 100% | $ 3,573.26 |
| 2017 | $ 3,058.16 | 100% | $ 3,058.16 |
| **TOTAL NYLL LIQUIDATED DAMAGES:** | | | $ 7,421.74 |

| | |
|---|---|
| Total NYLL Overtime Compensation Owed: | $ 5,403.21 |
| Total NYLL Regular Wages Owed: | $ 2,018.53 |
| Total NYLL 195(3) Statutory Penalties: | $ 5,000.00 |
| Total NYLL Liquidated Damages Owed: | $ 7,421.74 |
| Total CPLR Interest Owed: | $ 1,961.78 |
| ***ESTIMATED TOTAL:** | $ 21,805.26 |

*Plus reasonable attorneys' fees, costs and disbursements

*This Calculation is Subject to Change During Conduction of Discovery in This Action*